# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>DIEBOLD ELECTION SYSTEMS, SEQUOIA VOTING SYSTEMS, and ELECTION SYSTEMS & SOFTWARE, INC.,<br><br>Defendants. | Case number 4:06cv0978 TCM |

## ORDER

The Court notes that pleadings in this patent dispute tend to be voluminous, i.e., over 15 pages in length, whether they be the pleading itself or attached exhibits. The printing of these electronically-filed pleadings has been consuming a disproportionate amount of the Court's time and material. Accordingly,

**IT IS HEREBY ORDERED** that the parties are to provide the Court with courtesy copies of any pleadings exceeding fifteen pages in length. This Order is effective with the January 18, 2007, memorandum in opposition to a motion to compel.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this <u>19th</u> day of January, 2007.