Avante International Technology Corporation vs. Diebold Election Systems, Sequoia Voting Systems, and Election Systems & Software, Inc.

No. 4:06CV00978 TCM

**United States District Court**

Eastern District of Missouri

February 15, 2007

**MEMORANDUM FOR CLERK**

Defendants may have thirty (30) days following Avante's 30(b)(6) deposition to amend the pleadings to add any inequitable conduct claim(s). The Case Management Order shall be so amended.

So ordered:

[signature]
2/15/07

Attorney for Plaintiff / Defendant