Avante Technology
vs.
Diebold Election Systems

No. 4:06 CV-00978 TCM

## United States District Court

### Eastern District of Missouri

_____, 19_____

**MEMORANDUM FOR CLERK**

_Order_

Avante's Response to Diebold's

Summary Judgment Motion, filed Feb. 5, 2007

Docket No. 92 will be due 30 days

after the Markman Hearing and Diebold's

Reply is due 30 days after Avante's

Response.

So ordered:

2/15/07

Attorney for    Plaintiff
                Defendant