UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DIEBOLD ELECTION SYSTEMS, )<br>SEQUOIA VOTING SYSTEMS, and )<br>ELECTION SYSTEMS & SOFTWARE, )<br>INC., )<br>)<br>Defendants. )<br>) | Case number 4:06cv0978 TCM |

## ORDER

Following a hearing in chambers on February 15, 2007, on several discovery-related issues in this patent infringement action, the parties informed the Court that they would expeditiously draft a protective order that would resolve the disputed issues in their joint motion for a protective order. The Court has yet to receive this draft. Accordingly,

**IT IS HEREBY ORDERED** that the parties are to provide the Court with a draft of the protective order resolving their joint motion for a protective order [Doc. 63] within **five days** of the date of this Order. Failure to comply with this Order will result in the denial of the motion as moot.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  14th  day of March, 2007.