# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:06cv00978 TCM |
| DIEBOLD ELECTION SYSTEMS, SEQUOIA VOTING SYSTEMS, and ELECTION SYSTEMS & SOFTWARE, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This patent action is before the Court on the parties' joint motion for protective order. The parties have resolved the disputed issues in their joint motion and have submitted a proposed protective order. The Court has this date signed the proposed protective order with two alterations: (1) the last sentence of paragraph 11, providing that this Court's jurisdiction over any disputes relative to the protective order will survive the final disposition of the underlying lawsuit, has been deleted and (2) the text of the remaining sentence has been amended to read only that the parties may apply to the Court to resolve any disputes related to the protective order until the final disposition of the lawsuit. Accordingly, the parties' joint motion for protective order is **GRANTED** insofar as the proposed protective order submitted on March 15, 2007, as been signed as modified. [Doc. 63]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this <u>19th</u> day of  March, 2007.