| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>DIEBOLD ELECTION SYSTEMS, SEQUOIA VOTING SYSTEMS, and ELECTION SYSTEMS & SOFTWARE, INC.,<br><br>Defendants.<br><br>-----------------------------------------------------<br><br>DIEBOLD ELECTION SYSTEMS, SEQUOIA VOTING SYSTEMS, and ELECTION SYSTEMS & SOFTWARE, INC.,<br><br>Counter-Claimants,<br><br>vs.<br><br>AVANTE INTERNATIONAL TECHNOLOGY CORPORATION,<br><br>Counter-Defendant. | Case No. 4:06CV0978 TCM |

## **ORDER**

The parties have requested a pre-hearing conference prior to the Claim Construction hearing now set on June 1, 2007 at 9:00 a.m.

That conference is set at **7:30 a.m.** on **June 1, 2007**.

Additionally, the Court advises the parties that it has reviewed the approximately 88 claims the parties are disputing. The volume of these claims and in some instances, the pettiness of the differences that are in dispute, causes the Court concern. Therefore, the parties are **Ordered** to meet and confer <u>prior</u> to the Markman hearing in an attempt to reduce the contested issues. At the Markman hearing, the parties shall report to the Court the result and duration of the meeting.

                                        /s/ Thomas C. Mummert, III
                                        THOMAS C. MUMMERT, III
                                        UNITED STATES MAGISTRATE JUDGE

Dated this <u>18th</u> day of <u>May</u>, 2007.