No. 406-CV-00978 TCM

Avante International
vs.
Premier Election Solutions, et al.

United States District Court
Eastern District of Missouri

October 23, 2007

**MEMORANDUM FOR CLERK**

Upon the stipulation of the parties, based on the Court's Memorandum and Order on Claim Construction, Doc. 276, August 20, 2007 and the Court's Order granting Defendant Premier Election Solution's Motion for Summary Judgment of Non Infringement, Doc. 301, September 24, 2007, it is hereby ORDERED That Summary Judgment of non infringement on the asserted claims of U.S. Patent NO. 7,036,730 in favor of Defendants Election Systems & Software, Inc. and Sequoia Voting Systems is GRANTED.

It is further Ordered That the Court hereby dismisses as moot, without prejudice, all claims of plaintiff and the counterclaims of all defendants, regarding all claims of U.S. Patent No. 7,036,730, which were not disposed of in the Court's Summary Judgment orders with respect to the '730 patent.

It is further Ordered that the Court hereby dismisses,

---

Attorney for  Plaintiff
              Defendant

Page 1 of 2

Avante International

vs.

Premier Election Solutions, et al.

No. 4 06CV-00978TCM

**United States District Court**

Eastern District of Missouri

October 23, 2007

**MEMORANDUM FOR CLERK**

as moot, without prejudice, all claims of plaintiff and the counterclaims of all defendants on the unasserted claims of U.S. Patent Nos 6,892,944 and 7,077,313 and the Court declines declaratory judgment jurisdiction as to any issues of validity or infringement raised by the Defendants in their counterclaims on the unasserted claims.

The "unasserted claims" of the '944 & '313 Patents are defined as all claims except claims 1, 26-28 (which depend on claim 18), 31, 32, 42, 49-51 of the '944 patent and claims 13, 14, 47 & 48 of the '313 patent.

So ordered:

[signature]

10/23/07

Attorney for Plaintiff / Defendant

Page 2 of 2