**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AVANTE INTERNATIONAL** | ) | |
| **TECHNOLOGY CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case number 4:06cv0978 TCM** |
| | ) | |
| **PREMIER ELECTION SOLUTIONS,** | ) | |
| **INC., and SEQUOIA VOTING** | ) | |
| **SYSTEMS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This patent case is before the Court on its own motion.

The case was tried before the Court and a jury earlier this month. After the jury

returned its verdict on the issues properly before them, a judgment was erroneously entered,

seemingly closing the case. Issues remain to be decided by the Court. Accordingly, the

Clerk's Judgment filed on February 9, 2009, is hereby WITHDRAWN.

SO ORDERED.


/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of February, 2009.