UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>PREMIER ELECTION SOLUTIONS, INC. AND SEQUOIA VOTING SYSTEMS,<br><br>  Defendants. | Cause No. 4:06-cv-00978-TCM<br><br>JURY TRIAL DEMANDED |

MOTION: ✓
Granted ✓
Denied _____
Overruled _____
Date _____
/s/ CRM 3/30/05

## JOINT MOTION TO AMEND CORPORATE NAME

Plaintiff Avante International Technology, Inc. and defendants Premier Election Solutions, Inc. and Sequoia Voting Systems have identified an error in the original pleadings and respectfully request a correction to the case caption. The corporate name of the plaintiff is actually Avante International Technology, Inc.; however, through an error the complaint identified the plaintiff as Avante International Technology Corporation. The parties request the clerk's office amend the case caption to reflect the correct corporate name of the plaintiff, Avante International Technology, Inc.